United States District Court
District of Massachusetts

```
United States of America,       )
                                )
                                )
        v.                      )
                                )   Criminal Action No.
Charles F. Roy, Jr.,            )   00-40013-NMG
                                )
        Defendant.               )
                                )
```

ORDER

GORTON, J.

Movant Charles F. Roy, Jr.'s Motion for Reconsideration (Docket No. 306) is **DENIED** as moot. The outcome of this Court's order entered on October 13, 2017 (Docket No. 303) is not affected in any way by the decision in United States v. Windley, 864 F.3d 36, 38-39 (1st Cir. 2017) to which petitioner ascribes great weight but of which his counsel did not see fit to notify this Court although the decision was handed down two months before the entry of this Court's subject order. At the resentencing of defendant, scheduled to occur on Friday, November 17, 2017, the Court will follow current First Circuit law.

So ordered.

Dated: November 13, 2017

Nathaniel M. Gorton
United States District Judge

-1-